FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

OCT 11 2006

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY BUTLER

CASE NO.  3:06-cr-339-J-20mm1f
Ct. 1:    21 U.S.C. §§ 841(a)(1)
          and 841(b)(1)(C)
Forfeiture: 21 U.S.C. § 853

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 30, 2005, at Green Cove Springs, Clay County, in the Middle District of Florida,

ANTHONY BUTLER

the defendant herein, did knowingly, willfully, and intentionally distribute cocaine base, commonly known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### FORFEITURES

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2. From his engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant

ANTHONY BUTLER

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of his interest in:

    a. Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation; and

    b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

PAUL I. PEREZ
United States Attorney

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney

By: _____
(for) RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY BUTLER

## INDICTMENT

Violations:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

A true bill,

_____
Foreperson

Filed in open court this 11th day

of October, A.D. 2006.

_____
Clerk

Bail $

GPO 863 525